FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO
MAR 2 6 2026
MITCHELL R. ELFERS
CLERK OF COURT

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of New Mexico

United States of America
v.
David Ramirez

*Defendant(s)*

Case No. 26 mj 1298

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of December 1, 2025 in the county of Otero County in the District of New Mexico, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S. Code § 1427 - Sale of naturalization or citizenship papers | Whoever unlawfully sells or disposes of a declaration of intention to become a citizen, certificate of naturalization, certificate of citizenship or copies or duplicates or other documentary evidence of naturalization or citizenship. |

This criminal complaint is based on these facts:

See Affidavit, attached and incorporated herein, by reference.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Luis Montes, U.S. Border Patrol Agent
*Printed name and title*

Subscribed and sworn to telephonically.

Date: 03/26/2026

[signature]
*Judge's signature*

City and state: Las Cruces, New Mexico

Damian L. Martinez U.S. Magistrate Court Judge
*Printed name and title*

# STATE AND DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

V.

David Ramirez

**Continuation of Statement of Facts:**

On December 01, 2025, Border Patrol Agents (BPAs) assigned to the Alamogordo U.S. Border Patrol Checkpoint on Highway 54, encountered a Toyota Tundra bearing a New Mexico license plate. Agents questioned the driver as to her citizenship. The driver admitted to being a United States Citizen. Agents questioned the passenger as to his citizenship. The passenger stated he was United States Citizen in the Spanish language and provided a legitimate U.S. birth certificate. Agents continued questioning the passenger and he admitted to being a citizen of Mexico illegally present in the United States.

In a post-Miranda statement, the illegal alien stated he obtained the birth certificate from an individual. The illegal alien stated the individual obtained the birth certificate from the owner, Defendant RAMIREZ, David.

On February 14, 2026 Defendant RAMIREZ, was encountered at the Bridge of the Americas Port of Entry (BOTA POE) while seeking admission into the United States. Las Cruces Disrupt (LAS DU) BPAs responded and questioned Defendant RAMIREZ. In a post-Miranda interview, Defendant RAMIREZ admitted to allowing an illegal alien to use his birth certificate to assist with his passage through the USBP Checkpoint in return for monetary gain on or about December 01, 2025.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

Assistant United States Attorneys Judith Crews and Mark Saltman were presented with the aforementioned facts and authorized criminal prosecution of the Defendant RAMIREZ, David for violation of Title 18 United States Code, Section 1427 Sale of naturalization or citizenship papers.

Luis A. Montes,
United States Border Patrol Agent

Damian L. Martinez,
United States Magistrate Court Judge