PS8
(8/88)

# UNITED STATES DISTRICT COURT
for
# NEW MEXICO

U.S.A. vs David Ramirez Docket No. 2:26CR03034-001SMD

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Victoria A. Gutierrez PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of David Ramirez who was placed under pretrial release supervision by the Honorable Kevin R. Sweazea, United States Magistrate Judge, sitting in the Court at Las Cruces, New Mexico, on April 28, 2026, with conditions which included the following:

(7)(m) The defendant must not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. Sec. 802, unless prescribed by a licensed medical practitioner.

(7)(n) The defendant must submit to testing for a prohibited substance, if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, wearing a sweat patch, submitting to a breathalyzer, and/or any other form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of substance screening or testing of prohibited substances.

(7)(o) The defendant must participate in a program of inpatient or outpatient substance use treatment, if directed by the pretrial office or supervising officer.

**Respectfully presenting petition for action of court and for cause as follows:**

On June 16, 2026, the defendant tested positive for cocaine. On June 22, 2026, and June 26, 2026, the defendant failed to submit to random drug testing at Medella Healthcare, in El Paso, Texas. On June 30, 2026, the defendant failed to attend his treatment session at Medella Healthcare, in El Paso, Texas.

Respectfully recommending the Court order a warrant for the defendant's arrest.

PS8
(8/88)

# UNITED STATES DISTRICT COURT
for
# NEW MEXICO

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 7/10/2026

Victoria A. Gutierrez
United States Probation Officer
Cell #: 575-915-4612
Place: Las Cruces, New Mexico